# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GULF DREAM INTERNATIONAL, LTD.,**
Appellant,

v.

**VALERIO SPINACI,**
Appellee.

No. 4D22-1354

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. CACE17-15858.

James W. Beagle of James Beagle, P.A., Fort Lauderdale, for appellant.

Aaron W. Tandy of Pathman Schermer Tandy, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***